**Boutuivi Ahlin SANVEE,**
**Plaintiff–Appellant**

v.

**HENNEPIN COUNTY HUMAN**
**SERVICES, Defendant–**
**Appellee.**

No. 14–3106.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 1, 2015.

Filed: April 6, 2015.

Boutuivi Ahlin Sanvee, Minneapolis, MN, pro se.

Cheri Gillman Sudit Minneapolis, MN, for Defendant–Appellee.

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

PER CURIAM.

Boutuivi Sanvee appeals from the final judgment of the district court,[1] entered upon three separate adverse orders disposing of his claims. After careful de novo review, *see Montgomery v. City of Ames,* 749 F.3d 689, 694 (8th Cir.2014) (standard of review for summary judgment), we con-

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the reports and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.

clude that the district court properly disposed of Sanvee's claims.

The judgment is affirmed. *See* 8th Cir. R. 47B.